UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AYDEN HEINIG, ASHTON CHAPIN, KYASHYA RICHARDSON, and GABRIEL BANISH, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v<br><br>LANSING COMMUNITY COLLEGE,<br><br>　　　　Defendant. | Case No. 1:23-cv-00742-PLM-RSK<br><br>HON. PAUL L. MALONEY |

Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
Attorneys for Plaintiffs
227 W. Monroe Street, Suite 2100
Chicago, IL  60606
866.252.0878
gklinger@milberg.com

Scott L. Mandel (P33453)
Alexander S. Rusek (P77581)
Hilary J. Stafford (P81897)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Defendant
313 S. Washington Square
Lansing, MI 48933
517.371.8185
smandel@fosterswift.com
arusek@fosterswift.com
hstafford@fosterswift.com

Mason A. Barney
Tyler J. Bean
SIRI & GLIMSTAD LLP
Attorneys for Plaintiffs
745 Fifth Avenue, Suite 500
New York, NY  10151
212.532.1091
mbarney@sirillp.com
tbean@sirillp.com

**STIPULATION AND ORDER**

　　　　The parties herein, through their respective counsel, hereby stipulate and agree that Defendant Lansing Community College need not file an answer or first responsive pleading to the

Complaint/Amended Complaint served upon it in this matter for the reason that Plaintiff has a pending motion to consolidate this case with *Ana Whitby v Lansing Community College*, Case No. 1:23-cv-00738 [PageID.91-104]; *Daquarious Alexander v Lansing Community College,* Case No. 1:23-cv-00741 [PageID.47-60]; and *Sameer Shah v Lansing Community College,* Case No. 1:23-cv-00743 [PageID.103-116] and to file a single amended single complaint in those consolidated cases.

Lansing Community College, through its attorneys, Foster Swift Collins & Smith, P.C., concurs in that motion to consolidate and to the filing of a single consolidated complaint.

Dated:  8.2.23

/s/ Gary M. Klinger w/permission
Gary M. Klinger
Attorney for Plaintiffs

Dated:  8.2.23

/s/ Scott L. Mandel
Scott L. Mandel (P33453)
Attorney for Defendant

**ORDER**

This Court having read and reviewed the stipulation of the parties and being otherwise filly informed in the premises;

IT IS HEREBY ORDERED that Defendant Lansing Community College need not file an answer or first responsive pleading to the Complaint/Amended Complaint served upon it in this matter for the reason that Plaintiff has a pending motion to consolidate this case with *Ana Whitby v Lansing Community College*, Case No. 1:23-cv-00738; *Daquarious Alexander v Lansing Community College,* Case No. 1:23-cv-00741; and *Sameer Shah v Lansing Community College,* Case No. 1:23-cv-00743, and to file a single amended single complaint in those consolidated cases.

Dated: _____

                                                                         Honorable Paul L. Maloney

99999:SMANDEL:7304178-1